## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SHENITHIA COWELL**, individually and on behalf of all similarly situated individuals,<br><br>    Plaintiffs,<br><br>v.<br><br>**UTOPIA HOME CARE, INC.**,<br><br>    Defendant. | Case No. 2:14-cv-00736<br><br>Hon. Leonard D. Wexler<br><br>**NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Johnson Becker, PLLC and a member in good standing of the Bar of the State of Minnesota, as attorney pro hac vice to argue or try this case in whole or in part as counsel for plaintiff, Shenithia Cowell. There are no pending disciplinary proceedings against me in any State or Federal court.

Dated: February 17, 2014

Respectfully submitted,

/s/ Jacob R. Rusch
Jacob R. Rusch
MN Bar No. 391892
JOHNSON BECKER, PLLC
33 South Sixth Street, Suite 4530
Minneapolis, Minnesota 55402
Telephone: (612) 436-1800
Fax: (612) 436-1801
jrusch@johnsonbecker.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

**SHENITHIA COWELL**, individually and on behalf of all similarly situated individuals,

    Plaintiffs,

v.

**UTOPIA HOME CARE, INC.**,

    Defendant.

Case No. 2:14-cv-00736

Hon. Leonard D. Wexler

**AFFIDAVIT OF JACOB R. RUSCH IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

---

STATE OF MINNESOTA  )
                              ) ss.
COUNTY OF HENNEPIN  )

Jacob R. Rusch, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of JOHNSON BECKER, PLLC in Minneapolis, Minnesota.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of Minnesota.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in the above captioned matter.

FURTHER YOUR AFFIANT SAYETH NOT.

Jacob R. Rusch
MN Bar No. 391892
JOHNSON BECKER, PLLC
33 South Sixth Street, Suite 4530
Minneapolis, MN 55402
Telephone: (612) 436-1838
Fax: (612) 436-1801
jrusch@johnsonbecker.com

Subscribed and sworn to before me this 18th day of February, 2014.

Notary Public

ERIN K ODENTHAL
Notary Public
Minnesota
My Commission Expires January 31, 2017

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SHENITHIA COWELL**, individually and on behalf of all similarly situated individuals,<br><br>    Plaintiffs,<br><br>v.<br><br>**UTOPIA HOME CARE, INC.**,<br><br>    Defendant. | Case No. 2:14-cv-00736<br><br>Hon. Leonard D. Wexler<br><br>**ADMISSION TO PRACTICE PRO HAC VICE PROPOSED ORDER** |

1. The motion for admission to practice pro hac vice in the above captioned matter is granted.  The admitted attorney Jacob R. Rusch is permitted to argue or try this particular case in whole or in part as counsel or advocate for Shenithia Cowell.

2. This Order becomes effective upon the Court's receipt of the required $25.00 fee and confirms your appearance as counsel in this case.  A notation of your admission pro hac vice in the above listed case will be made on the role of attorneys.


Dated:                                                      _____
                                                            United States District Judge

February 12, 2014 AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

## District of Minnesota

**CERTIFICATE OF GOOD STANDING**

I, Richard D. Sletten, Clerk of this Court, certify that

Jacob R. Rusch, Bar # 391892, was duly admitted

to practice in this Court on 8/22/2012, and is in

good standing as a member of the Bar of this Court.

Dated at Minneapolis, Minnesota, on February 12, 2014.

RICHARD D. SLETTEN, CLERK

(By) _____
J Midtbo, Deputy Clerk

Form Modified 12/30/03