UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| **SHENITHIA COWELL**, individually and on behalf of all similarly situated individuals, | Case No. 2:14-cv-00736 |
| Plaintiffs, | Hon. Leonard D. Wexler |
| v. | |
| **UTOPIA HOME CARE, INC.**, | |
| Defendant. | |

---

## NOTICE OF APPEARANCE

Please take notice that Jacob R. Rusch of the law firm Johnson Becker, PLLC, 33 South Sixth Street, Suite 4530, Minneapolis, Minnesota 55402, hereby enters his appearance as counsel of record for Plaintiffs in the above-captioned matter. Mr. Rusch should be served with all future correspondence, pleadings, and filings directed to Plaintiffs in this matter.

DATED: March 26, 2014

Respectfully Submitted,

/s/ Jacob R. Rusch
Jacob R. Rusch
JOHNSON BECKER, PLLC
33 South Sixth Street, Suite 4530
Minneapolis, MN 55402
Telephone: (612) 436-1800
Facsimile: (612) 436-1801
jrusch@johnsonbecker.com

2

## Certificate of Service

I hereby certify that on March 26, 2014, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    /s/ Jacob R. Rusch
Jacob R. Rusch
JOHNSON BECKER, PLLC
33 South Sixth Street, Suite 4530
Minneapolis, MN 55402
Telephone: (612) 436-1800
jrusch@johnsonbecker.com