**JOHNSON // BECKER** PLLC

33 South Sixth Street, Suite 4530
Minneapolis, MN 55402
T (800) 279-6386  F (612) 436-1801

johnsonbecker.com

December 8, 2015

**VIA ELECTRONIC COURT FILING**

Hon. Leonard D. Wexler
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re: *Cowell v. Utopia Home Care, Inc.*, 2:14-cv-00736-LDW-SIL

Dear Judge Wexler:

As counsel for Plaintiffs, and as contemplated by Your Honor's Order dated December 2, 2015, we write jointly with counsel for Defendant to respectfully request that Your Honor Order the following briefing schedule for Plaintiffs' Motion for Conditional Certification:

- Plaintiffs' Motion for Conditional Certification will be served on or before January 8, 2016;
- Defendant's Opposition to Plaintiffs' Motion for Conditional Certification will be served on or before February 5, 2016; and
- Plaintiffs' Reply in Support of its Motion for Conditional Certification will be served on or before February 19, 2016.

Sincerely,

JOHNSON BECKER, PLLC

*/s/ Jacob R. Rusch*

Jacob R. Rusch
MN Bar No. 391892 *(Pro Hac Vice)*
jrusch@johnsonbecker.com
Direct Dial:   612-436-1838

JRR/ans
cc:   All counsel of record, *VIA ECF*