

Ius Laboris USA Global HR Lawyers

One Grand Central Place
60 East 42nd Street | 51st Floor
New York, New York 10165
Tel 212-453-5900 | Fax 212-453-5959

Writer's Direct Dial:

JENNIFER A. WILLIAMS
212-453-5949
JWilliams@fordharrison.com

November 4, 2016

The Honorable Judge Locke
Magistrate Judge
United States District Court, Eastern District
100 Federal Plaza
Central Islip, NY 11722

   Re: *Shenithia Cowell v. Utopia Home Care, Inc.*
     <u>Case No. 14-CV-736 (LDW)(SIL)</u>

Dear Magistrate Judge Locke:

   The parties are pleased to report that they have agreed in principle to settle the above-referenced action. The parties therefore request two weeks, until November 17, 2016, to submit the executed paperwork, in conformance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d. Cir).

   In order to expedite the review, the parties agree to consent to have your Honor handle the remaining issues in the case, pursuant to 28 U.S.C. § 636. We plan to file an executed consent form shortly.

   Thank you for your consideration in this matter.

       Sincerely,

       JENNIFER A. WILLIAMS

JAW/bjh